UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Nicholas G Johnson<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   18-04367<br><br>Chapter:  13<br>Honorable A. Benjamin Goldgar |

## ORDER MODIFYING THE PLAN POST CONFIRMATION

THIS MATTER coming to be heard on the DEBTOR'S MOTION TO MODIFY, the Court having jurisdiction, with due notice having been given to all parties in interest, the Court orders as follows:

IT IS SO ORDERED:

1. The Debtor's plan is modified post-confirmation by increasing the plan payment to $815 per month until the end of the plan commencing with the April 2019 payment.

Enter:

United States Bankruptcy Judge

Dated: 19 MAR 2019

**Prepared by:**
David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd,
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600

Rev: 20120209_bko